# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OLA PELAEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO.: |
| | ) |
| BEVARA, INC., MB REAL ESTATE SERVICES, INC., | ) [On Removal from the State Court |
| | ) of Gwinnett County, Civil Action |
| | ) File No.: 22-C-04589-S2] |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

COMES NOW, Defendant MB Real Estate Services, Inc. ("MB"), Defendant in the above-styled proceeding, and within the time prescribed by law, files this Notice of Removal, respectfully showing the Court the following:

1.

Plaintiff filed suit in the State Court of Gwinnett County, which is a county within the Atlanta Division of this Court. This suit is styled as above and numbered Civil Action File Number 22-C-04589-S2 in the State Court of Gwinnett County.

2.

This suit arises out of an allegation that Plaintiff was injured in a slip and fall accident. Plaintiff asserted claims against named Defendants Bevara, Inc. and MB Real Estate Services, Inc. for negligence and attorney's fees.

3.

In a pre-suit demand letter and a demand letter sent shortly after suit was filed, Plaintiff asserted that her claim was worth in excess of $75,000. (Declaration of John McCall, attached hereto as Exhibit B, at ¶ 3-5).

4.

Upon information and belief, Plaintiff is a resident of Georgia and is not a resident of Delaware, Wisconsin, or Illinois.

5.

Defendant Bevara, Inc. is a foreign corporation organized under the laws of the State of Delaware and with its principal place of business in the State of Wisconsin. (*See* Complaint at ¶ 2).

6.

Defendant MB Real Estate Services, Inc. is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in the State of Illinois.

7.

Neither named defendant was a resident of the State at the time of the subject incident, nor were either named defendant a citizen of the State of Georgia on or after the date of filing of the aforesaid civil action.

8.

Defendant Bevara, Inc. consents to the removal of this action to Federal Court. (*See* Consent to Removal, attached as Exhibit C hereto.)

9.

Complete diversity exists between the Parties in accordance with 28 U.S.C. § 1332. (*See* Complaint).

10.

As shown above, based upon Plaintiff's demand letters, the amount in controversy exceeds the sum of $75,000, exclusive of interest.

11.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332, and, accordingly, is one which may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of

$75,000.00 exclusive of interest and costs and is between Plaintiff, who is a citizen of Georgia; Defendant Bevara, Inc, which is alleged to be organized under the laws of Delaware with its principal place of business in Wisconsin; and Defendant MB Real Estate Services, Inc. which is alleged to be organized under the laws of Delaware with its principal place of business in Illinois.

12.

Defendant MB Real Estate Services, Inc. shows that said suit was instituted on August 12, 2022. Defendant MB Real Estate Services, Inc. shows that it was served on August 16, 2022. Bevera, Inc. was served on August 15, 2022. Defendant MB Real Estate Services, Inc. shows that this notice of removal is filed within 30 days from the date of service of said suit on it.

13.

Attached hereto as Exhibit A are copies of all process, pleadings, and orders served upon it in this case prior to the date of this Notice of Removal.

14.

Defendant MB Real Estate Services, Inc. has given written notice of the filing of this Notice of Removal to Plaintiff by notifying her attorneys of record, Jeffrey G. James, Esq. and Gulliana Goehring of The Fry Law Firm, 1720 Peachtree Street NW, Suite 500, Atlanta, Georgia 30309. Defendant MB Real

Estate Services, Inc. also filed a written notice with the clerk of the State Court of Gwinnett County, a copy of said notice being attached hereto and made a part hereof.

WHEREFORE, Defendant MB Real Estate Services, Inc. prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 15th day of September, 2022.

                                      Respectfully submitted,

                                      SWIFT, CURRIE, McGHEE & HIERS

                                      */s/ Rebecca E. Strickland*
                                      Rebecca E. Strickland, Esq.
                                      Georgia Bar No. 358183
                                      John M. McCall, Esq.
                                      Georgia Bar No. 778954
                                      *Attorneys for Defendant MB Real Estate Services, Inc.*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
Tel: (404) 874-8800
Rebecca.strickland@swiftcurrie.com
jack.mccall@swiftcurrie.com

## **LOCAL RULE 5.1(C) CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1(C).

Respectfully submitted, this 15th day of September, 2022.

                          Respectfully submitted,

                          SWIFT, CURRIE, McGHEE & HIERS

                          */s/ Rebecca E. Strickland*
                          Rebecca E. Strickland Esq.
                          Georgia Bar No. 331302
                          John M. McCall, Esq.
                          Georgia Bar No. 778954
                          *Attorneys for Defendant MB Real Estate Services, Inc.*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
Tel:  (404) 874-8800
Rebecca.strickland@swiftcurrie.com
jack.mccall@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF REMOVAL** via the CM/ECF System which will automatically send email notification of said filing to the following attorneys of record:

Jeffrey G. James, Esq.
Gulliana Goehring, Esq.
The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, Georgia 30309
jeff@thefrylawfirm.com
gulliana@thefrylawfirm.com
*Attorneys for Plaintiff*

Jim W. Hardee, Esq.
Fain, Major & Brennan, P.C.
5605 Glenridge Drive NE Suite 900
Atlanta, Georgia 30342
jhardee@fainmajor.com
*Attorney for Defendant Bevara, Inc.*

This 15th day of September, 2022.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland, Esq.
Georgia Bar No. 358183
John M. McCall, Esq.
Georgia Bar No. 778954
*Attorneys for Defendant MB Real Estate Services, Inc.*

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
Tel: (404) 874-8800
Rebecca.strickland@swiftcurrie.com
jack.mccall@swiftcurrie.com
4889-2654-2384, v. 1