# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

September 20, 2022

Tiana P. Garner, Clerk
Gwinnett County State Court
75 Langley Drive
Lawrenceville, GA  30046

**RE:** Ola Pelez v Bevara, Inc and MB Real Estate Services, Inc.
Your Case Number:  22 C 04589-S2

Dear Ms. Garner:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: s/ *L. Beck*
Deputy Clerk

Enclosure